# In the United States District Court

for the Western District of New York

UNITED STATES OF AMERICA

v.

Criminal No.:  04-CR-189-A (09)

JOSEPH HARGRAVE

*JUDGE PATTERSON*

Consent to Transfer of Case
for Plea and Sentence

**08 CRIM 501**

*(Under Rule 20)*

I, __Joseph Hargrave__, defendant, have been informed that a __Superseding Information__ is pending against me in the above-designated case. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the __Southern__ District of __New York__ in which I __am present__ and to waive trial in the above-captioned District.

Dated: __May__, __2008__ at __Buffalo, NY__

_____  5-19-08
**JOSEPH HARGRAVE**
(Defendant)

_____
(Witness)

_____  5/19/08
**MARTIN L. SCHMUKLER, ESQ.**
(Counsel for Defendant)

Approved

_Michael J. Garcia / by Bonnie Jonas_        _Mary Clare Kane_
United States Attorney for the                Agt  United States Attorney for the

__Southern__ District of        __Western__ District of

__New York__                    __New York__