IN THE DISTRICT COURT OF THE UNITED STATES
for the Western District of New York

**08 CRIM 501**

MAY 2007 GRAND JURY
(Impaneled 5/04/07)

THE UNITED STATES OF AMERICA

v.

(1)   **RICHARD MULLEN a/k/a Carlos Watts,**
(9)   **JOSEPH HARGRAVE,**
(16)  **JOSEPH WILKIE,**
(20)  **AMEER McKNIGHT,**
(26)  **AYANNA NOLLEY, and**
(35)  **RONNIE FUNDERBURK**

**THIRD SUPERSEDING
INDICTMENT**

**04-CR-189-A**

**Violations:**
Title 21, United States Code,
Sections 841(a)(1), 843(b),
846 & 848(a); and
Title 18, United States Code,
Section 2.

## COUNT 1

### The Grand Jury Charges:

Between in or about 2001, the exact date being unknown, and on or about August 3, 2004, at Buffalo, New York, in the Western District of New York, and elsewhere, the defendant, **RICHARD MULLEN a/k/a Carlos Watts**, did knowingly, willfully, intentionally and unlawfully engage in a Continuing Criminal Enterprise in that he did violate Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which violations were part of a continuing series of violations of said statutes undertaken by the defendant, **RICHARD**

**MULLEN a/k/a Carlos Watts**, in concert with five or more other persons, known and unknown, with respect to whom the defendant, **RICHARD MULLEN a/k/a Carlos Watts,** occupied a position of organizer, supervisor and manager, and from which continuing series of violations the defendant, **RICHARD MULLEN a/k/a Carlos Watts,** obtained substantial income and resources; all in violation of Title 21, United States Code, Section 848(a).

<u>COUNT 2</u>

**The Grand Jury Further Charges:**

Between in or about 2001, the exact date being unknown, and on or about August 3, 2004, at Buffalo, New York, in the Western District of New York, and elsewhere, the defendants, **RICHARD MULLEN a/k/a Carlos Watts**, **JOSEPH HARGRAVE**, **JOSEPH WILKIE**, **AMEER MCKNIGHT**, **AYANNA NOLLEY** and **RONNIE FUNDERBURK**, did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to commit offenses against the United States, that is, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

<u>COUNT 3</u>

**The Grand Jury Further Charges:**

On or about January 13, 2003, in the Western District of New York, and elsewhere, the defendant, **RICHARD MULLEN a/k/a Carlos Watts**, did knowingly, intentionally and unlawfully possess with intent to distribute 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

<u>COUNT 4</u>

**The Grand Jury Further Charges:**

On or about March 4, 2003, in the Western District of New York, and elsewhere, the defendant, **RICHARD MULLEN a/k/a Carlos Watts,** did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNTS 5-14

### The Grand Jury Further Charges:

On or about the dates and at the approximate times set forth below, in the Western District of New York, and elsewhere, the defendant, **RONNIE FUNDERBURK,** did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of acts constituting felonies under Title 21, United States Code, Sections 841(a)(1) and 846, that is, the possession with intent to distribute, and the distribution, of mixtures and substances containing cocaine, a Schedule II controlled substance, and conspiracy to do so; all in violation of Title 21, United States Code, Section 843(b).

| COUNT | DATE | TIME |
|-------|------|------|
| 5 | 6/03/04 | 9:08 a.m. |
| 6 | 6/03/04 | 9:27 a.m. |
| 7 | 6/03/04 | 12:09 p.m. |
| 8 | 6/03/04 | 12:30 p.m. |
| 9 | 6/03/04 | 12:49 p.m. |
| 10 | 6/03/04 | 12:52 p.m. |
| 11 | 6/03/04 | 2:53 p.m. |
| 12 | 6/06/04 | 2:15 p.m. |
| 13 | 7/21/04 | 1:05 p.m. |

| COUNT | DATE | TIME |
|-------|------|------|
| 14 | 7/21/04 | 1:10 p.m. |

DATED:  Buffalo, New York, October 2, 2007.

                    TERRANCE P. FLYNN
                    United States Attorney


            BY:  **S/MARY CLARE KANE**
                    MARY CLARE KANE
                    Assistant United States Attorney
                    United States Attorney's Office
                    Western District of New York
                    138 Delaware Avenue
                    Buffalo, New York  14202
                    716/843-5809
                    Mary.Kane@usdoj.gov


A TRUE BILL:


**S/FOREPERSON**
FOREPERSON

ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of New York.

Date Filed: 10/2/07

Rodney C. Early, Clerk

By: Denise Colli

Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
304 U.S. COURTHOUSE
68 COURT STREET
BUFFALO, NEW YORK 14202-3498
(716) 551-4211 EXT.716

May 28, 2008

Clerk of Court
120 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: USA -Vs.- Richard Mullen, et al., **Transfer for Plea and Sentence**
Our Case No.   04-CR-189 (9)

Dear Sir/Madam:

Enclosed is a certified copy of the Consent to Transfer this case for Plea and Sentence and a certified copy of the Third Superseding Indictment as to **Joseph Hargrave**. If there is any other documentation you may need and you are unable to retrieve electronically, please do not hesitate to contact me.

Please return the copy of this cover letter as acknowledgment of receipt of same.

If you have any questions, or if I may be of further assistance, please feel free to call.

Very truly yours,

RODNEY C. EARLY, Clerk

By: Denise Collier
Deputy Clerk

Enclosures
Receipt acknowledged of documents described herein.

Your Assigned Case Number:_____
Date:_____

By: _____ , Deputy Clerk

MAG

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-00189-RJA-LGF-9
## Internal Use Only

Case title: USA v. Richard Mullen, et al          Date Filed: 07/30/2004
                                                  Date Terminated: 05/28/2008

Assigned to: Hon. Richard J. Arcara
Referred to: Hon. Leslie G. Foschio

### Defendant (9)

**Joseph Hargrave**                 represented by  **Martin L. Schmukler**
*TERMINATED: 05/28/2008*                            41 Madison Avenue
                                                    Suite 5B
                                                    New York, NY 10010
                                                    212-213-9400
                                                    Fax: 212-694-0620
                                                    Email: martins@mlspclaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: Retained

### Pending Counts                                  ### Disposition

CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE
(2)

CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE
(2s)

21:846 CONSPIRACY TO
DISTRIBUTE CONTROLLED                               Transferred to Southern District of New
SUBSTANCE                                           York
(2ss)

### Highest Offense Level (Opening)

Felony

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK

By *Denise Colli*

Deputy Clerk

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

**Plaintiff**

**USA**                          represented by  **Mary C. Kane**
                                                 U.S. Attorney's Office
                                                 Federal Centre
                                                 138 Delaware Avenue
                                                 Buffalo, NY 14202
                                                 716-843-5809
                                                 Fax: 716-551-5563
                                                 Email: mary.kane@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2005 | 52 | SUPERSEDING INDICTMENT as to Richard Mullen (1) count(s) 1s, 2s, 3s-4s, Frederick Nolley (2) count(s) 2s, 3s-4s, Efrim K. Richardson (3) count(s) 2s, Michael Stranc (4) count(s) 2s, 4s, Andre Hall (5) count(s) 2s, 5s, Durrian Pressley (6) count(s) 2s, Yolanda Windley (7) count(s) 2s, Lawanda D. Edmond (8) count(s) 2s, 3s-4s, Joseph Hargrave (9) count(s) 2, Edward Hearst (10) count(s) 2, Kevin Weeks (11) count(s) 2, Larry Sanger (12) count(s) 2, Maure Graham (13) count(s) 2, Willie Morrison (14) count(s) 2, Robert Adams (15) count(s) 2, Joseph Wilkie (16) count(s) 2, Justin Palmer (17) count(s) 2, Debbie Drake (18) count(s) 2, Terrance Askew (19) count(s) 2, Ameer McKnight (20) count(s) 2, Douglas McPeek (21) count(s) 2, Kwaine Davis (22) count(s) 2, Marvin West (23) count(s) 2, Ross Cooper (24) count(s) 2, Jerome Davis (25) count(s) 2, Ayanna Nolley (26) count(s) 2, Terry Mullen (27) count(s) 2, Christina Turner (28) count(s) 2, Robin Gilmore (29) count(s) 2, Tiffiani Jackson (30) count(s) 2, Ramona Watson (31) count(s) 2, Howard Degree (32) count(s) 2, Kenya Lee (33) count(s) 2, Eric Amidon (34) count(s) 2. (DLC) (Entered: 01/20/2005) |
| 01/20/2005 |  | Remark - THESE DEFENDANTS' (Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert |

| | | |
|---|---|---|
| | | Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight,Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon), WAS ADDED TO THIS CASE ON A SUPERSEDING INDICTMENT (see document #52). DEFENDANT SHOULD HAVE BEEN MERGED FROM THE MAGISTRATE CASE (04-mj-1131) BUT WASN'T. PLEASE REFER TO THE MAGISTRATE CASE (04-mj-1131) FOR ANY DOCUMENTS FILED BEFORE 1/20/05. (DLC) Modified on 1/24/2005 (DLC, ). (Entered: 01/24/2005) |
| 01/20/2005 | 🖼 | Minute Entry for proceedings held before Judge Leslie G. Foschio :Initial Appearance as to Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Robin Gilmore, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon held on 1/20/2005. THIS ENTRY FOR ADMINISTRATIVE PURPOSES ONLY TO PUT THESE DEFENDANTS (from 04-M-1131) INTO THE PROPER PROCEDURAL INTERVAL. (LL, ) (Entered: 01/31/2005) |
| 01/20/2005 | 🖼 | Attorney update in case as to Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon. Attorney Martin Schmukler for Joseph Hargrave, Anne E. Adams for Edward Hearst, Robert M. Goldstein for Kevin Weeks, Nelson Salvatore Torre for Larry Sanger, Horace Alvin Hutson for Maure Graham, Joseph M. LaTona for Robert Adams, Angelo Musitano for Joseph Wilkie, J. Glenn Davis for Justin Palmer, Judith M. Kubiniec for Debbie Drake, Craig Dexter Hannah for Terrance Askew, Alan S. Hoffman for Ameer McKnight, Richard R. Shaw, II for Douglas McPeek, Herbert R. Johnston, Jr for Kwaine Davis, John W. Dorn for Marvin West, Lawrence J. Desiderio for Ross Cooper, Frank L. LoTempio for Jerome Davis, Noemi Fernandez-Hiltz for Ayanna Nolley, Lee Charles LaMendola for Terry Mullen, Robert A. Liebers for Christina Turner, David Gerald Jay for Robin Gilmore, Allan P. McCarty for Tiffiani Jackson, Kevin P. Shelby for Ramona Watson, John J. Molloy for Howard Degree, Michael J. Stachowski for Kenya Lee, Andrew C. LoTempio for Eric Amidon added. (LL, ) (Entered: 01/31/2005) |
| 01/27/2005 | 🖼 56 | Minute Entry for proceedings held before Judge Leslie G. Foschio :Arraignment as to Joseph Hargrave (9) Count 2 held on 1/27/2005. Discovery due by 2/15/2005. Motions due by 6/1/2005. Replies due by 9/30/2005. Responses due by 8/31/2005. Oral Argument set for 10/11/2005 10:00 AM before Hon. Leslie G. Foschio. AUSA M. Kane, |

M. Schmukler w/deft.Court reviews last minute entry of 8-12-04. Deft acknowledges receipt of indictment, waived reading and entered plea of NOT GUILTY. Bail cont'd. Schmukler rpts on Gov't discovery provided w/details -- Schmukler will be sending letter to AUSA this week requesting discovery. Time excluded for filing of motions, to wit: 6-1-05, etc. -- 70 days remain, STA clock & further per sched order upon filing of such motion time excluded based on pendency of motions filed, etc. -- 70 days remain, STA clock and thereafter until date of oral argument, to wit: 10-11-05. ORAL TRAVEL REQUEST: Deft reqs permission to travel for spring training/family reunion -- letter to follow -- court reqs Schmukler ascertain position of USPO and AUSA -- court directs letter to include travel timeframe, advise s'vising prob ofcr of deft's destination, place of residence during period of trip and to resume EMS upon deft's return -- DECISION RESERVED. cc: US PROBATION OFFICE attn: Tina E. Moore, USPOA. [OFF THE RECORD]: Court directs CRD to advise counsel as follows: If mtns are not filed on or before 6-1-05, Gov't is directed to apply to RJA for trial date by 6-2-05 (the next business day after mtn filing deadline, to wit: 6-1-05). CC: Martin Schmukler, Esq. (via fax, 212-684-0620 ) (LL, ) (Entered: 01/31/2005)

| | | |
|---|---|---|
| 01/27/2005 | | (Court only) ***Excludable started as to Joseph Hargrave: 1-27-05 to 10-11-05 (subject to filing of motions and oral argument). (LL, ) (Entered: 01/31/2005) |
| 02/04/2005 | 📎 81 | ORDER as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Yolanda Windley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon. Voluntary Discovery due by 2/15/2005. Motions, both dispositive and non-dispositive, due by 6/1/2005. Responses due by 8/31/2005. Defts' Replies due by 9/30/2005. Oral Argument set for 10/11/2005 11:00 AM before Hon. Leslie G. Foschio. Signed by Judge Leslie G. Foschio on 2/4/2005. (SDW) (Entered: 02/14/2005) |
| 02/11/2005 | 📎 78 | ORDER as to Joseph Hargrave granting permission to travel from 3-2-05 to 3-6-05. Signed by Judge Leslie G. Foschio on 2/11/05. (Copies to USPO) (LL, ) (Entered: 02/11/2005) |
| 03/17/2005 | 📎 | TEXT SCHEDULING ORDER as to Joseph Hargrave re: US Probation Office memorandum request dated 3-14-05 seeking removal of electronic monitoring -- Gov't Response due by 3/22/2005. Signed by Judge Leslie G. Foschio on 3/17/05. (LL, ) (Entered: 03/17/2005) |
| 03/28/2005 | 📎 96 | AFFIDAVIT by USA as to Joseph Hargrave (Kane, Mary) (Entered: 03/28/2005) |

| 03/29/2005 | 📄 97 | ORDER as to Joseph Hargrave Granting permission to dine out on 3/31/05 and to attend the Yankees game on 4/3/05 . Signed by Judge Leslie G. Foschio on 3/29/05. (DLC) (Entered: 03/29/2005) |
|---|---|---|
| 03/29/2005 | 📄 98 | ORDER as to Joseph Hargrave that the following condition of release be removed relative to the defendant: The defendant shall participate in the home confinement program under home detention . Signed by Judge Leslie G. Foschio on 3/29/05. (DLC) (Entered: 03/29/2005) |
| 04/28/2005 | 📄 116 | SECOND SUPERSEDING INDICTMENT as to Richard Mullen (1) count(s) 1ss, 2ss, 3ss, 4ss, Frederick Nolley (2) count(s) 2ss, 3ss, 4ss, Efrim K. Richardson (3) count(s) 2ss, Michael Stranc (4) count(s) 2ss, 4ss, Andre Hall (5) count(s) 2ss, 5ss, Durrian Pressley (6) count(s) 2ss, Lawanda D. Edmond (8) count(s) 2ss, 3ss, 4ss, Joseph Hargrave (9) count(s) 2s, Edward Hearst (10) count(s) 2s, Kevin Weeks (11) count(s) 2s, Larry Sanger (12) count(s) 2s, Maure Graham (13) count(s) 2s, Willie Morrison (14) count(s) 2s, Robert Adams (15) count(s) 2s, Joseph Wilkie (16) count(s) 2s, Justin Palmer (17) count(s) 2s, Debbie Drake (18) count(s) 2s, Terrance Askew (19) count(s) 2s, Ameer McKnight (20) count(s) 2s, Douglas McPeek (21) count(s) 2s, Kwaine Davis (22) count(s) 2s, Ross Cooper (24) count(s) 2s, Jerome Davis (25) count(s) 2s, Ayanna Nolley (26) count(s) 2s, Terry Mullen (27) count(s) 2s, Christina Turner (28) count(s) 2s, Robin Gilmore (29) count(s) 2s, Tiffiani Jackson (30) count(s) 2s, Ramona Watson (31) count(s) 2s, Howard Degree (32) count(s) 2s, Kenya Lee (33) count(s) 2s, Eric Amidon (34) count(s) 2s, Ronnie Funderburk (35) count(s) 2. (DLC) (Entered: 04/29/2005) |
| 05/19/2005 | 📄 | CALENDAR ENTRY as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon: ARRAIGNMENT re: SECOND SUPERSEDING INDICTMENT SET FOR 5-26-05 AT 2 PM. GOV'T REMINDED TO PREPARE ORDER TO PRODUCE FOR DEFENDANTS IN CUSTODY. (LL, ) (Entered: 05/19/2005) |
| 05/26/2005 | 📄 124 | Minute Entry for proceedings held before Judge Leslie G. Foschio :Arraignment re: 2nd S'seding Indictment as to Joseph Hargrave (9) Count 2,2s and Larry Sanger (12) Count 2,2s and Robin Gilmore (29) Count 2,2s and Robert Adams (15) Count 2,2s and Howard Degree (32) Count 2,2s and Justin Palmer (17) Count 2,2s and Debbie Drake (18) Count 2,2s and Andre Hall (5) Count 2,2s,2ss,5,5ss,5ss and Ameer McKnight (20) Count 2,2s and Douglas McPeek (21) Count 2,2s held on 5/26/2005. Defts advised of charges against them, defts present acknowledge receipt of indictment, bail/detention orders carried -- scheduling order deadlines remain in effect. LaTona reqs to amend |

existing scheduling order to same for co-deft Funderburk followed by colloquy -- COURT RESPONDS -- SCHEDULING ORDER DEADLINES SET 1-27-05 (Scheduling Order filed 2-4-05, Doc. No. 81) WILL REMAIN AS STATED, TO WIT: PRE-TRIAL MOTIONS DUE 6-1-05, ETC. CRD Lewis reschedules arraignment for defts/attys not present -- ARRAIGNMENT re: 2nd S'seding Indictment reset for 6-9-05 at 2 pm -- no adjournment permitted. Calendar Entry will be made to advise all parties. Gov't directed to preapre Order to Produce/Writs accordingly. Ayanna Nolley -- Atty Meyers-Buth indicates bail motion (Doc. No. 123) was filed this morning as to deft Ayanna Nolley -- CRD/AUSA have not reviewed same yet but acknowledge filing -- AUSA will be filing a written response -- COURT DECISION TO FOLLOW. (SEE ATTACHED MINUTE ENTRY FOR PARTIES PRESENT) (LL, ) (Entered: 05/26/2005)

| 06/01/2005 | 📄 146 | MOTION to Dismiss by Joseph Hargrave. (Schmukler, Martin) (Entered: 06/01/2005) |
| 06/01/2005 | 📄 147 | AFFIDAVIT in Support by Joseph Hargrave re 146 MOTION to Dismiss (Schmukler, Martin) (Entered: 06/01/2005) |
| 06/01/2005 | 📄 148 | MEMORANDUM IN SUPPORT of Motion to Dismiss by Joseph Hargrave (Schmukler, Martin) (Entered: 06/01/2005) |
| 06/01/2005 | 📄 149 | MEMORANDUM IN SUPPORT of Motion to Dismiss by Joseph Hargrave (Attachments: # 1 Exhibit Exhibits A - H# 2 Exhibit Exhibit I-Rider)(Schmukler, Martin) (Entered: 06/01/2005) |
| 06/01/2005 | 📄 | E-Filing Error: 149 MEMORANDUM IN SUPPORT, 146 MOTION to Dismiss, 147 AFFIDAVIT in Support, 148 MEMORANDUM IN SUPPORT by Joseph Hargrave Filed by Schmukler, Martin. (Documents Are Not Signed and must be Re-filed.)All documents require proof of service. (DLC) (Entered: 06/02/2005) |
| 06/02/2005 | 📄 152 | MOTION to Dismiss by Joseph Hargrave. (Attachments: # 1 Affidavit Affirmation of Martin L. Schmukler# 2 Certificate of Service)(Schmukler, Martin) (Entered: 06/02/2005) |
| 06/02/2005 | 📄 153 | MEMORANDUM IN SUPPORT of Motion to Dismiss by Joseph Hargrave (Attachments: # 1 Exhibit Exhibits A - H# 2 Exhibit Exhibit I)(Schmukler, Martin) (Entered: 06/02/2005) |
| 08/30/2005 | 📄 216 | ORDER GRANTING GOV'T LETTER REQUEST DATED 8-30-05 FOR EXTENSION TO FILE GOV'T RESPONSE as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Yolanda Windley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffiani Jackson, Ramona |

| | | |
|---|---|---|
| | | Watson, Howard Degree, Kenya Lee, Eric Amidon, Ronnie Funderburk re 81 and 128 Orders setting PT motions deadlines. Responses due by 9/2/2005. SO ORDERED. Signed by Judge Leslie G. Foschio on 8/30/05. (LL, ) (Entered: 08/31/2005) |
| 09/02/2005 | 223 | MEMORANDUM/BRIEF *Government's Response to Omnibus Motions* by USA as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Justin Palmer, Debbie Drake, Ameer McKnight, Kwaine Davis, Ross Cooper, Ayanna Nolley, Terry Mullen, Tiffiani Jackson, Howard Degree, Kenya Lee, Ronnie Funderburk (Kane, Mary) (Entered: 09/02/2005) |
| 09/06/2005 | | NOTICE of MANUAL FILING (Exhibits 1-14) by USA re 223 Memorandum. (DLC) (Entered: 09/06/2005) |
| 09/07/2005 | | NOTICE: Counsel for Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Robert Adams, Justin Palmer, Debbie Drake, Ross Cooper, Ayanna Nolley, Terry Mullen, Kenya Lee, Ronnie Funderburk are required to provide this Court with courtesy copies of Documents Nos. 132 , 138 , 144 , 172 , 150 , 142 , 189 , 145 , 146 , 151 , 130 , 143 , 148 , 154 , 140 , 175 , 149 , 182 and 153 no later than September 21, 2005. Said documents should be dellivered or mailed to Hon. Leslie G. Foschio, U.S. Magistrate Judge, U.S. Disrict Court, 68 Court Street, Room 424, Buffalo, NY 14202. Status Report re: courtesy copies of aforementioned motions due by 9/21/2005. . Signed by Judge Leslie G. Foschio on 9/7/05. (LL, ) (Entered: 09/07/2005) |
| 09/08/2005 | | 2nd SUPPLEMENTAL NOTICE: Counsel for Ameer McKnight and Joseph Hargrave are required to provide this Court with courtesy copies of Doc. Nos. 141 Affidavit filed by Ameer McKnight, and 147 Affidavit in Support of Motion filed by Joseph Hargrave. Said documents should be delivered or mailed to Hon. Leslie G. Foschio, U.S. Magistrate Judge, U.S. District Court, 68 Court Street, Buffalo, NY 14202. Status Report re: courtesy copies of aforemention motions due by 9/21/2005.. Signed by Judge Leslie G. Foschio on 9/8/05. (LL, ) (Entered: 09/08/2005) |
| 09/15/2005 | 225 | ORDER GRANTING letter travel request as to Joseph Hargrave from 9-17-05 to 9-18-05. . Signed by Judge H. Kenneth Schroeder Jr. on 9/15/05. (Copy to USPO) (LL, ) (Entered: 09/16/2005) |
| 09/29/2005 | 233 | RESPONSE in Support by Joseph Hargrave re 152 MOTION to Dismiss *REPLY MEMORANDUM* (Attachments: # 1 Certificate of Service)(Schmukler, Martin) (Entered: 09/29/2005) |
| 10/11/2005 | 252 | Minute Entry for proceedings held before Judge Leslie G. Foschio :Omnibus Hearing as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie |

| | | |
|---|---|---|
| | | Drake, Ameer McKnight, Kwaine Davis, Jerome Davis, Ayanna Nolley, Terry Mullen, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon, Ronnie Funderburk held on 10/11/2005. Decisioin and Order & Report and Recommendation to follow. (LL, ) (Entered: 10/12/2005) |
| 10/11/2005 | | (Court only) ***Excludable started as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Ameer McKnight, Kwaine Davis, Jerome Davis, Ayanna Nolley, Terry Mullen, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon, Ronnie Funderburk: 10-11-05 TO 11-10-05. (LL, ) (Entered: 10/12/2005) |
| 10/19/2005 | 256 | ORDER REFERRING CASE to Magistrate Judge Leslie G. Foschio as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Yolanda Windley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon, Ronnie Funderburk . Signed by Judge Richard J. Arcara on 10/18/2005. (Baker, J.) (Entered: 10/19/2005) |
| 10/31/2005 | 266 | ORDER as to Joseph Hargrave GRANTING LETTER REQUEST TO TRAVEL from 11-17-05 and returning 11-20-05. Signed by Judge Leslie G. Foschio on 10/31/05. (Copy to USPO T. Moore) (LL, ) (Entered: 11/07/2005) |
| 11/01/2005 | 264 | TRANSCRIPT of Proceedings as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Yolanda Windley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon, Ronnie Funderburk held on June 9, 2005 before Judge Leslie G. Foschio. Pages 1-29. Court Reporter: Karen J. Winter. (DLC, ) (Entered: 11/01/2005) |
| 11/03/2005 | 265 | TRANSCRIPT of Proceedings as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Yolanda Windley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin |

| | | |
|---|---|---|
| | | West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon, Ronnie Funderburk held on June 9, 2005 before Judge Leslie G. Foschio. Pages 1-29. Court Reporter: Karen J. Winter. (DLC, ) (Entered: 11/03/2005) |
| 11/10/2005 | 270 | ORDER Taking Motion Under Advisement as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Robert Adams, Justin Palmer, Debbie Drake, Ross Cooper, Ayanna Nolley, Terry Mullen, Kenya Lee, Ronnie Funderburk re : 130, 132, 138, 139, 140, 142, 143, 144, 145, 146, 150, 151, 152, 154, 182, 172, 175 [exhibits to Motion, Doc. No. 150] and 189. Signed by Judge Leslie G. Foschio on 11/10/05. (LL, ) (Entered: 11/10/2005) |
| 11/10/2005 | | E-Filing Error Corrected: Re-attached Document 270 ORDER Taking Motion Under Advisement as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Robert Adams, Justin Palmer, Debbie Drake, Ross Cooper, Ayanna Nolley, Terry Mullen, Kenya Lee, Ronnie Funderburk re : 130, 132, 138, 139, 140, 142, 143, 144, 145, 146, 150, 151, 152, 154, 182, 172, 175 [exhibits to Motion, Doc. No. 150] and 189. Signed by Judge Leslie G. Foschio on 11/10/05. (LL, ) (LL, ) (Entered: 11/10/2005) |
| 11/10/2005 | 272 | AMENDED ORDER Taking Motion Under Advisement as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Robert Adams, Justin Palmer, Debbie Drake, Ross Cooper, Ayanna Nolley, Terry Mullen, Kenya Lee, Ronnie Funderburk re 130, 132,138,139, 140, 142, 143, 144, 145, 146, 150, 151, 152, 154, 182, 172, 175 [Exhibits to Motion, Doc. No. 150] and 189. Signed by Judge Leslie G. Foschio on 11/10/05. (LL, ) (Entered: 11/14/2005) |
| 12/12/2005 | 281 | AMENDED ORDER Taking Motion Under Advisement as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Robert Adams, Justin Palmer, Debbie Drake, Ross Cooper, Ayanna Nolley, Terry Mullen, Kenya Lee, Ronnie Funderburk re 130, 132,138,139, 140, 142, 143, 144, 145, 146, 150, 151, 152, 154, 182, 172, 175 [Exhibits to Motion, Doc. No. 150] and 189. Signed by Judge Leslie G. Foschio on 12/12/05.. Signed by Judge Leslie G. Foschio on 12/12/05. (LL, ) (Entered: 12/12/2005) |
| 12/12/2005 | | (Court only) ***Excludable started as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Robert Adams, Justin Palmer, Debbie Drake, Ross Cooper, Ayanna Nolley, Terry Mullen, Kenya Lee, Ronnie Funderburk: 12-12-05 to 1-11-06. (LL, ) (Entered: 12/12/2005) |

| | | |
|---|---|---|
| 01/11/2006 | 302 | ORDER TAKING MOTION UNDER ADVISEMENT as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Robert Adams, Justin Palmer, Debbie Drake, Ayanna Nolley, Terry Mullen, Kenya Lee, Ronnie Funderburk re 281 Order Taking Motion Under Advisement (decision due 1-11-06). DECISION DUE 2-10-06.. Signed by Judge Leslie G. Foschio on 1/11/06. (LL, ) (Entered: 01/11/2006) |
| 02/10/2006 | 327 | ORDER TO CONTINUE - Ends of Justice as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Robert Adams, Justin Palmer, Debbie Drake, Ayanna Nolley, Terry Mullen, Kenya Lee, Ronnie Funderburk re: pending pre-trial motions. Time excluded from 2/10/06 until 3/13/06. DECISION DUE 3-13-06.. Signed by Judge Leslie G. Foschio on 2/10/06. (LL, ) (Entered: 02/10/2006) |
| 02/10/2006 | 330 | ORDER as to Joseph Hargrave GRANTING DEFT'S LETTER REQUEST TO TRAVEL from 3-15-06 and returning 3-19-06. Signed by Judge Leslie G. Foschio on 2/10/06. (Copy to USPO T. Moore) (LL, ) (Entered: 02/14/2006) |
| 02/13/2006 | 328 | MEMORANDUM/BRIEF *Supplemental Response to Government's Response to Defendants' Omnibus Motions* by USA as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Yolanda Windley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffiani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon, Ronnie Funderburk (Kane, Mary) (Entered: 02/13/2006) |
| 02/13/2006 | 329 | MEMORANDUM/BRIEF *Supplemental Response to Government's Response to Defendants' Omnibus Motions* by USA as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Durrian Pressley, Lawanda D. Edmond, Joseph Hargrave, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Justin Palmer, Debbie Drake, Ameer McKnight, Kwaine Davis, Ayanna Nolley, Terry Mullen, Tiffiani Jackson, Howard Degree, Kenya Lee, Ronnie Funderburk (Kane, Mary) (Entered: 02/13/2006) |
| 02/24/2006 | 338 | REPORT AND RECOMMENDATIONS as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Yolanda Windley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffiani Jackson, Ramona Watson, |

Howard Degree, Kenya Lee, Eric Amidon, Ronnie Funderburk re 152 MOTION to Dismiss, 144 First MOTION to Suppress *Evidence*, 151 First MOTION for Discovery *Motion to Compel Production of Documents, Motion for Disclosure of Evidence, Motion for Disclosure of Witness Statements, Preservation of Rough Notes, Directing Disclosure of Informants, Request for Bill of Particulars, and,* 143 *MOTION for Discovery and Omnibus Motion,* 146 *MOTION to Dismiss,* 154 *MOTION for Discovery MOTION to Dismiss Indictment,* 142 *MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION Preservation of Agent Notes and Order directing the prosecution to provide pre-trial notice; An Order directing the prosecution to disclose any impeachment information concerning any hearsay declarant; MOTION to Sever Defendant MOTION to Suppress MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION Preservation of Agent Notes and Order directing the prosecution to provide pre-trial notice; An Order directing the prosecution to disclose any impeachment information concerning any hearsay declarant; MOTION to Sever Defendant MOTION to Suppress MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION Preservation of Agent Notes and Order directing the prosecution to provide pre-trial notice; An Order directing the prosecution to disclose any impeachment information concerning any hearsay declarant; MOTION to Sever Defendant MOTION to Suppress,* 140 *MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION to Dismiss MOTION to Inspect MOTION for Joinder MOTION to Produce,* 137 *MOTION for Extension of Time to File,* 150 *MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION to Compel the Government to Reveal Identities of Informants MOTION for Disclosure of Jencks Material MOTION for Discovery MOTION to Exclude Physical Evidence MOTION for Joinder in Motions of Codefendants MOTION for Leave to File Additional Motions MOTION Suppression of Evidence Resulting from Illegal Stop MOTION to Produce Giglio Material MOTION to Sever Defendant MOTION to Suppress Electronic Eavesdropping Evidence MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION to Compel the Government to Reveal Identities of Informants MOTION for Disclosure of Jencks Material MOTION for Discovery MOTION to Exclude Physical Evidence MOTION for Joinder in Motions of Codefendants MOTION for Leave to File Additional Motions MOTION Suppression of Evidence Resulting from Illegal Stop MOTION to Produce Giglio Material MOTION to Sever Defendant MOTION to Suppress Electronic Eavesdropping Evidence MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION to Compel the Government to Reveal Identities of Informants MOTION for Disclosure of Jencks Material MOTION for Discovery MOTION to Exclude Physical*

|  |  |  |
|---|---|---|
|  |  | *Evidence MOTION for Joinder in Motions of Codefendants MOTION for Leave to File Additional Motions MOTION Suppression of Evidence Resulting from Illegal Stop MOTION to Produce Giglio Material MOTION to Sever Defendant MOTION to Suppress Electronic Eavesdropping Evidence, 145 MOTION for Extension of Time to File, 132 MOTION for Discovery Bill of Particulars, Brady Material, 138 MOTION for Discovery, 130 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Discovery MOTION to Inspect MOTION Preservation of Rough Notes and other evidence, Disclosure of Evidence, Disclosure of Witness Statements MOTION to Suppress MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Discovery MOTION to Inspect MOTION Preservation of Rough Notes and other evidence, Disclosure of Evidence, Disclosure of Witness Statements MOTION to Suppress, 182 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION for Leave to File MOTION Preservation of Rough Notes, Disclosure of Witness Statements, to Supress Physical Evicence MOTION to Suppress MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION for Leave to File MOTION Preservation of Rough Notes, Disclosure of Witness Statements, to Supress Physical Evicence MOTION to Suppress, 172 MOTION Hearings, Disclosure, Preservation, 189 MOTION Omnibus, 139 First MOTION for Bill of ParticularsFirst MOTION for Release of Brady MaterialsFirst MOTION for DisclosureFirst MOTION for DiscoveryFirst MOTION to ExcludeFirst MOTION to InspectFirst MOTION for JoinderFirst MOTION Omnibus discoveryFirst MOTION to ProduceFirst MOTION to SuppressFirst MOTION for Bill of ParticularsFirst MOTION for Release of Brady MaterialsFirst MOTION for DisclosureFirst MOTION for DiscoveryFirst MOTION to ExcludeFirst MOTION to InspectFirst MOTION for JoinderFirst MOTION Omnibus discoveryFirst MOTION to ProduceFirst MOTION to Suppress. Objections due ten days from receipt. Signed by Judge Leslie G. Foschio on 2/24/2006. (SDW) (Entered: 02/24/2006)* |
| 02/24/2006 | 339 | DECISION and ORDER as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Michael Stranc, Andre Hall, Durrian Pressley, Yolanda Windley, Lawanda D. Edmond, Joseph Hargrave, Edward Hearst, Kevin Weeks, Larry Sanger, Maure Graham, Willie Morrison, Robert Adams, Joseph Wilkie, Justin Palmer, Debbie Drake, Terrance Askew, Ameer McKnight, Douglas McPeek, Kwaine Davis, Marvin West, Ross Cooper, Jerome Davis, Ayanna Nolley, Terry Mullen, Christina Turner, Robin Gilmore, Tiffani Jackson, Ramona Watson, Howard Degree, Kenya Lee, Eric Amidon, Ronnie Funderburk re 152 MOTION to Dismiss filed by Joseph Hargrave,, 144 First MOTION to Suppress *Evidence* filed by Michael Stranc,, 151 First MOTION for Discovery *Motion to Compel Production of Documents, Motion for Disclosure of Evidence, Motion for Disclosure of Witness Statements, Preservation of Rough Notes,* |

*Directing Disclosure of Informants, Request for Bill of Particulars, and filed by Debbie Drake,, 143 MOTION for Discovery and Omnibus Motion filed by Ross Cooper,, 146 MOTION to Dismiss filed by Joseph Hargrave,, 142 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION Preservation of Agent Notes and Order directing the prosecution to provide pre-trial notice; An Order directing the prosecution to disclose any impeachment information concerning any hearsay declarant; MOTION to Sever Defendant MOTION to Suppress MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION Preservation of Agent Notes and Order directing the prosecution to provide pre-trial notice; An Order directing the prosecution to disclose any impeachment information concerning any hearsay declarant; MOTION to Sever Defendant MOTION to Suppress MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION Preservation of Agent Notes and Order directing the prosecution to provide pre-trial notice; An Order directing the prosecution to disclose any impeachment information concerning any hearsay declarant; MOTION to Sever Defendant MOTION to Suppress filed by Robert Adams,, 140 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION to Dismiss MOTION to Inspect MOTION for Joinder MOTION to Produce filed by Durrian Pressley,, 137 MOTION for Extension of Time to File filed by Ameer McKnight,, 150 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION to Compel the Government to Reveal Identities of Informants MOTION for Disclosure of Jencks Material MOTION for Discovery MOTION to Exclude Physical Evidence MOTION for Joinder in Motions of Codefendants MOTION for Leave to File Additional Motions MOTION Suppression of Evidence Resulting from Illegal Stop MOTION to Produce Giglio Material MOTION to Sever Defendant MOTION to Suppress Electronic Eavesdropping Evidence MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION to Compel the Government to Reveal Identities of Informants MOTION for Disclosure of Jencks Material MOTION for Discovery MOTION to Exclude Physical Evidence MOTION for Joinder in Motions of Codefendants MOTION for Leave to File Additional Motions MOTION Suppression of Evidence Resulting from Illegal Stop MOTION to Produce Giglio Material MOTION to Sever Defendant MOTION to Suppress Electronic Eavesdropping Evidence MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION to Compel the Government to Reveal Identities of Informants MOTION for Disclosure of Jencks Material MOTION for Discovery MOTION to Exclude Physical Evidence MOTION for Joinder in Motions of Codefendants MOTION for Leave to File Additional Motions MOTION Suppression of Evidence Resulting from Illegal Stop MOTION to Produce Giglio Material MOTION to Sever*

*Defendant MOTION to Suppress Electronic Eavesdropping Evidence filed by Richard Mullen,, 145 MOTION for Extension of Time to File filed by Efrim K. Richardson,, 132 MOTION for Discovery Bill of Particulars, Brady Material filed by Justin Palmer,, 138 MOTION for Discovery filed by Ayanna Nolley,, 130 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Discovery MOTION to Inspect MOTION Preservation of Rough Notes and other evidence, Disclosure of Evidence, Disclosure of Witness Statements MOTION to Suppress MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Discovery MOTION to Inspect MOTION Preservation of Rough Notes and other evidence, Disclosure of Evidence, Disclosure of Witness Statements MOTION to Suppress filed by Larry Sanger,, 182 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION for Leave to File MOTION Preservation of Rough Notes, Disclosure of Witness Statements, to Supress Physical Evicence MOTION to Suppress MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Disclosure MOTION for Discovery MOTION for Joinder MOTION for Leave to File MOTION Preservation of Rough Notes, Disclosure of Witness Statements, to Supress Physical Evicence MOTION to Suppress filed by Terry Mullen,, 172 MOTION Hearings, Disclosure, Preservation filed by Frederick Nolley,, 189 MOTION Omnibus filed by Ronnie Funderburk,, 139 First MOTION for Bill of ParticularsFirst MOTION for Release of Brady MaterialsFirst MOTION for DisclosureFirst MOTION for DiscoveryFirst MOTION to ExcludeFirst MOTION to InspectFirst MOTION for JoinderFirst MOTION Omnibus discoveryFirst MOTION to ProduceFirst MOTION to SuppressFirst MOTION for Bill of ParticularsFirst MOTION for Release of Brady MaterialsFirst MOTION for DisclosureFirst MOTION for DiscoveryFirst MOTION to ExcludeFirst MOTION to InspectFirst MOTION for JoinderFirst MOTION Omnibus discoveryFirst MOTION to ProduceFirst MOTION to Suppress filed by Kenya Lee, . Signed by Judge Leslie G. Foschio on 2/24/2006. (SDW) (Entered: 02/24/2006)*

| 03/06/2006 | 347 | OBJECTION TO REPORT AND RECOMMENDATIONS 338 by Joseph Hargrave (Attachments: # 1 Certificate of Service)(Schmukler, Martin) (Entered: 03/06/2006) |
| 03/08/2006 | 348 | TRANSCRIPT of Proceedings as to Richard Mullen, Joseph Hargrave, Ayanna Nolley, Terry Mullen, Ramona Watson, Kenya Lee, Ronnie Funderburk held on October 11, 2005 before Judge Leslie G. Foschio. Court Reporter: Karen J. Winter. (DLC) (Entered: 03/08/2006) |
| 04/05/2006 | 384 | ORDER as to Joseph Hargrave GRANTING DEFT'S LETTER REQUEST TO TRAVEL FROM 4-15-06 TO 4-16-06. Signed by Judge Leslie G. Foschio on 4/5/06. (Copy to USPO T. Moore-Blackman) (LL, ) (Entered: 04/12/2006) |

| 05/24/2006 | 412 | ORDER APPROVING TRAVEL LETTER REQUEST DATED 5-24-06 as to Joseph Hargrave from 5-27-06 to 5-29-06. Signed by Judge Leslie G. Foschio on 5/24/06. (Copy to Tina Blackman, USPO) (LL, ) (Entered: 05/24/2006) |
| --- | --- | --- |
| 05/26/2006 | 413 | ORDER as to Joseph Hargrave re 412 Order granting travel request (to stay with sister) from 5-27-06 to 5-29-06: DEFENDANT PERMITTED TO TRAVEL (pursuant to 2nd travel request letter dated 5-26-06) FROM 5-27-06 TO 5-29-06. . Signed by Judge Leslie G. Foschio on 5/26/06. (Copy to T. Blackman, USPO) (LL, ) (Entered: 05/26/2006) |
| 06/27/2006 | 436 | ORDER as to Joseph Hargrave GRANTING TRAVEL LETTER REQUEST from 7-21-06 to 7-23-06. SO ORDERED.Signed by Judge Leslie G. Foschio on 6/27/06. (Copies to USPO T. Blackman) (LL, ) (Entered: 06/29/2006) |
| 07/26/2006 | | NOTICE OF ORAL ARGUMENT as to Defts Joseph Hargrave and Robert Adams. Oral Argument is set for 8/15/2006 at 09:00 AM before Hon. Richard J. Arcara as to Deft Joseph Hargrave's 347 Objections and Deft Robert Adams' 357 Objections to 338 REPORT AND RECOMMENDATION of Magistrate Judge Leslie G. Foschio, and Deft Robert Adams' 358 Appeal from 339 Decision and Order of Magistrate Judge Leslie G. Foschio. Response papers are to be filed by 8/9/2006. No reply papers will be accepted. (DJD, ) Modified on 7/26/2006 (DJD, ). (Entered: 07/26/2006) |
| 08/09/2006 | 461 | RESPONSE in Opposition by USA as to Joseph Hargrave re 338 REPORT AND RECOMMENDATIONS (Kane, Mary) (Entered: 08/09/2006) |
| 08/15/2006 | | Minute Entry for proceedings held 8/15/2006 before Judge Richard J. Arcara as to Defts Joseph Hargrave and Robert Adams. Oral Argument is held as to Deft Joseph Hargrave's 347 Objections and Deft Robert Adams' 357 Objections to 338 REPORT AND RECOMMENDATION of Magistrate Judge Leslie G. Foschio, and Deft Robert Adams' 358 Appeal from 339 Decision and Order of Magistrate Judge Leslie G. Foschio. Decision is reserved. Appearances: Govt - Mary Clare Kane; Defts - Martin Schmukler (for Deft Joseph Hargrave), Joseph LaTona (for Deft Robert Adams).(Court Reporter Yvonne Garrison.) (DJD, ) (Entered: 08/22/2006) |
| 09/15/2006 | 480 | ORDER adopting Report and Recommendation re 150 Motion for Bill of Particulars as to Richard Mullen, Joseph Hargrave, Robert Adams (15); granting in part and denying in part 142 Motion for Bill of Particulars as to Richard Mullen, Joseph Hargrave and Robert Adams. Case is referred back to Magistrate Judge Foschio for further proceedings . Signed by Judge Richard J. Arcara on 9/15/2006. (Baker, J.) (Entered: 09/15/2006) |
| 09/18/2006 | 484 | TRANSCRIPT of Proceedings as to Joseph Hargrave, Robert Adams held on August 15, 2006 before Judge Richard J. Arcara. Pages 1-8. Court Reporter: Yvonne M. Garrison. (DLC) (Entered: 09/18/2006) |

| | | |
|---|---|---|
| 09/18/2006 | 485 | TEXT ORDER as to Richard Mullen, Joseph Hargrave, Robert Adams re 480 Order on Motion for Bill of Particulars, Order on Report and Recommendations referring matter back to Magistrate Judge Foschio: Status Conference set for 9/26/2006 03:15 PM before Hon. Leslie G. Foschio. Signed by Judge Leslie G. Foschio on 9/18/06. (LL, ) (Entered: 09/18/2006) |
| 09/19/2006 | 486 | ORDER as to Joseph Hargrave GRANTING DEFT'S LETTER REQUEST DATED 9-18-06 TO TRAVEL 9-20-06 AND RETURN HOME THE SAME DAY. SO ORDERED.. Signed by Judge Leslie G. Foschio on 9/19/06. (Copy to USPOA P. Cerminara) (LL, ) (Entered: 09/19/2006) |
| 09/26/2006 | 495 | Minute Entry for proceedings held before Judge Leslie G. Foschio :Status Conference (referral back by Chief Arcara, Doc. No. 480) as to Richard Mullen, Joseph Hargrave, Robert Adams held on 9/26/2006. AUSA M. Kane (via phone), L. Anderson, J. LaTona and M. Smuckler (via phone). Kane states there are no futher proceedings except trial although Richardson has supp hrg but on hold due to defense counsel's medical condition -- hrg to be scheduled but plea is also being discussed. As to deft Funderburk matter is in the objection stage/mode based on this court's R&R. (LL, ) (Entered: 10/16/2006) |
| 10/06/2006 | 491 | ORDER GRANTING DEFT'S LETTER REQUEST TO TRAVEL as to Joseph Hargrave from 10-14-06 to 10-15-06. SO ORDERED . Signed by Judge Leslie G. Foschio on 10/6/06. (Copy to USPOA P. Cerminara) (LL, ) (Entered: 10/10/2006) |
| 10/18/2006 | 497 | ORDER as to Joseph Hargrave GRANTING DEFT'S LETTER REQUEST TO TRAVEL from 10-21-06 to 10-22-06. SO ORDERED.. Signed by Judge Leslie G. Foschio on 10/18/06. (Copy to USPOA P. Cerminara) (LL, ) (Entered: 10/18/2006) |
| 10/23/2006 | | **Remark - Attorney John Molloy's office is without power and telephones.** All documents and notations from 10/19/06 till futher notice should be mailed to his office. (DLC) (Entered: 10/23/2006) |
| 12/21/2006 | 536 | ORDER GRANTING DEFT'S TRAVEL REQUEST TO TRAVEL 12-23-06 as to Joseph Hargrave . Signed by Judge Leslie G. Foschio on 12/21/06. SO ORDERED. (Copy to USPOA P. Cerminara, III) (LL, ) (Entered: 12/22/2006) |
| 02/08/2007 | 554 | ORDER as to Joseph Hargrave, permitting him to travel to Tampa 3/14/07-3/18/07. Signed by Judge Leslie G. Foschio on 2/7/07. (DLC) (Entered: 02/08/2007) |
| 02/08/2007 | | Remark - Copy of 554 Order sent to the USPO. (DLC) (Entered: 02/08/2007) |
| 02/23/2007 | 559 | TEXT ORDER as to Richard Mullen, Frederick Nolley, Andre Hall, Durrian Pressley, Joseph Hargrave, Edward Hearst, Larry Sanger, Maure |

| | | |
|---|---|---|
| | | Graham, Robert Adams, Joseph Wilkie, Ameer McKnight, Kwaine Davis, Jerome Davis, Ayanna Nolley, Terry Mullen, Tiffiani Jackson, Ronnie Funderburk. Defendants to be present with counsel for for a meeting to set trial date on February 27, 2007 at 9:00 a.m . Signed by Judge Richard J. Arcara on 2/23/2007. (Baker, J.) (Entered: 02/23/2007) |
| 02/27/2007 | | Minute Entry for proceedings held 2/27/2007 before Judge Richard J. Arcara as to Defts Richard Mullen, Frederick Nolley, Andre Hall, Durrian Pressley, Joseph Hargrave, Edward Hearst, Larry Sanger, Maure Graham, Robert Adams, Joseph Wilkie, Ameer McKnight, Kwaine Davis, Jerome Davis, Ayanna Nolley, Terry Mullen, Tiffiani Jackson, Ronnie Funderburk. Meeting to Set Trial Date is held. Jury Selection is set for 11/7/2007 09:30 AM (trial proof to commence on 11/8/2007; a final pretrial conference will be held on 11/1/2007 at 02:00 PM). Time is excluded to 11/7/2007; Govt to submit Speedy Trial Order. The Court will require the Defts to file affidavits waiving speedy trial time by 3/9/2007. Appearances: Govt - Mary Clare Kane; Defts - David Seeger and Leigh Anderson (for Deft Richard Mullen), Joseph Terranova (for Deft Frederick Nolley), Robert Convissar (for Deft Andre Hall), No appearance (for Deft Durrian Pressley), Martin Schmukler (for Deft Joseph Hargrave), No appearance (for Deft Edward Hearst), Leigh Anderson appearing for Nelson Torre (for Deft Larry Sanger), Horace Hudson (for Deft Maure Graham), Joseph LaTona (for Deft Robert Adams), Angelo Musitano (for Deft Joseph Wilkie), Alan Hoffman (for Deft Ameer McKnight), No appearance (for Deft Kwaine Davis), Patrick Brown appearing for Frank LoTempio, Jr. (for Deft Jerome Davis), Cheryl Meyers-Buth (for Deft Ayanna Nolley), Lee LaMendola (for Deft Terry Mullen), Allan McCarty (for Deft Tiffiani Jackson), and Herbert Greenman appearing for Paul Cambria and Michael Deal (for Deft Ronnie Funderburk) (Court Reporter Yvonne Garrison.) (DJD, ) (Entered: 03/06/2007) |
| 03/06/2007 | 570 | WAIVER of Speedy Trial by Joseph Hargrave (Attachments: # 1 Affidavit # 2 Certificate of Service)(Schmukler, Martin) (Entered: 03/06/2007) |
| 03/12/2007 | 584 | ORDER TO CONTINUE - Ends of Justice as to Richard Mullen, Frederick Nolley, Andre Hall, Durrian Pressley, Joseph Hargrave, Edward Hearst, Maure Graham, Robert Adams, Joseph Wilkie, Ameer McKnight, Jerome Davis, Terry Mullen, Tiffiani Jackson, Ronnie Funderburk Time excluded from 2/27/07 until 11/7/07. . Signed by Judge Richard J. Arcara on 3/9/2007. (Baker, J.) (Entered: 03/12/2007) |
| 03/14/2007 | 591 | TRANSCRIPT of Proceedings as to Richard Mullen, Frederick Nolley, Andre Hall, Durrian Pressley, Joseph Hargrave, Edward Hearst, Larry Sanger, Maure Graham, Robert Adams, Joseph Wilkie, Ameer McKnight, Kwaine Davis, Jerome Davis, Ayanna Nolley, Terry Mullen, Tiffiani Jackson, Ronnie Funderburk held on February 27, 2007 before Judge Richard J. Arcara. Pages 1-14. Court Reporter: Yvonne M. |

| | | Garrison, RPR. (DLC) (Entered: 03/15/2007) |
|---|---|---|
| 03/16/2007 | 592 | TEXT ORDER as to Joseph Hargrave granting defendant's telephonic request of this date for permission to travel to Buffalo, New York March 19, 2007 through 20, 2007. Signed by Judge Richard J. Arcara on 3/16/2007. (Baker, J.) (Entered: 03/16/2007) |
| 05/03/2007 | 621 | TEXT ORDER approving defendant Joseph Hargrave's request to travel to California May 25 through 28, 2007. Signed by Judge Richard J. Arcara on 5/3/2007. (Baker, J.) (Entered: 05/03/2007) |
| 06/27/2007 | 640 | TEXT ORDER approving defendant Joseph Hargrave's request to travel 7/20 through 7/23/2007 as to Joseph Hargrave. Signed by Judge Richard J. Arcara on 6/27/2007.(JMB) (Entered: 06/27/2007) |
| 10/02/2007 | 688 | THIRD SUPERSEDING INDICTMENT as to Richard Mullen (1) count(s) 1sss, 2sss, 3sss, 4sss, Joseph Hargrave (9) count(s) 2ss, Joseph Wilkie (16) count(s) 2ss, Ameer McKnight (20) count(s) 2ss, Ayanna Nolley (26) count(s) 2ss, Ronnie Funderburk (35) count(s) 2s, 5s-14s. (DLC) (Entered: 10/03/2007) |
| 10/23/2007 | 694 | MOTION for Status Conference Regarding Trial Date by USA as to Richard Mullen, Joseph Hargrave, Joseph Wilkie, Ameer McKnight, Ayanna Nolley, Ronnie Funderburk. (Kane, Mary) (Entered: 10/23/2007) |
| 10/24/2007 | | NOTICE OF STATUS CONFERENCE as to Defts, Richard Mullen, Joseph Hargrave, Joseph Wilkie, Ameer McKnight, Ayanna Nolley and Ronnie Funderburk. A status conference as to the trial date is scheduled for 10/26/2007 at 09:00 AM before Hon. Richard J. Arcara (DJD) (Entered: 10/24/2007) |
| 10/24/2007 | | Case was closed my mistake, Case has been reopened as to Richard Mullen, Frederick Nolley, Efrim K. Richardson, Andre Hall, Joseph Hargrave, Edward Hearst, Robert Adams, Joseph Wilkie, Debbie Drake, Ameer McKnight, Kwaine Davis, Jerome Davis, Ayanna Nolley, Terry Mullen, Tiffiani Jackson, Ramona Watson, Ronnie Funderburk. (DLC) (Entered: 10/24/2007) |
| 10/26/2007 | | Minute Entry for proceedings held 10/26/2007 before Hon. Richard J. Arcara as to Defts, Richard Mullen, Joseph Hargrave, Joseph Wilkie, Ameer McKnight, Ayanna Nolley and Ronnie Funderburk. Status Conference is held regarding trial schedule. Plea proceedings for Defts, McKnight and Nolley have been scheduled; Deft, Funderburk has accepted a plea offer. Counsel for Deft, Richard Mullen filed a motion to determine the status of counsel; Deft Mullen has prepared a motion raising a jurisdiction issue which his defense counsel do not agree should be pursued. Deft, Richard Mullen addresses the Court directly. Deft, Mullen's motion papers, prepared pro se, are attached to document No. 695 ; the Court will consider the motion filed; the Court will allow Deft to argue the motion, pro se. The following schedule is established as to the Mullen jurisdiction issue: Govt's response papers due by 11/26/2007; |

| | | |
|---|---|---|
| | | oral argument scheduled for 12/7/2007 at 10:00 AM. Due to the jurisdiction motion, the scheduling of a trial is premature. Status Conference for all remaining Defts is scheduled for 12/14/2007 at 09:00 AM. Time is excluded; Govt to submit Speedy Trial Order. Appearances: Govt - Mary Clare Kane; Defts - David Seeger and Leigh Anderson (Deft R. Mullen), James Harrington appearing for Martin Schmukler (Deft J. Hargrave), Angelo Musitano (Deft J. Wilkie), Alan Hoffman (Deft A. McKnight), Cheryl Meyers-Buth (Deft A. Nolley), Angelo Musitano appearing for Paul Cambria (Deft R. Funderburk)(Court Reporter Yvonne Garrison.)(DJD) (Entered: 11/26/2007) |
| 10/30/2007 | 696 | ORDER TO CONTINUE - Ends of Justice as to Richard Mullen, Joseph Hargrave, Joseph Wilkie, Ameer McKnight, Ayanna Nolley, Ronnie Funderburk Time excluded from 10/26/2007 until 12/14/2007.. Signed by Judge Richard J. Arcara on 10/30/2007.(JMB) (Entered: 10/30/2007) |
| 11/02/2007 | 701 | DECLARATION by Joseph Hargrave *In Support of Letter Requesting Permission to Travel* (Schmukler, Martin) (Entered: 11/02/2007) |
| 11/02/2007 | 702 | TEXT ORDER as to Joseph Hargrave approving request to travel. Signed by Judge Richard J. Arcara on 11/2/2007.(JMB) (Entered: 11/02/2007) |
| 11/06/2007 | 703 | TRANSCRIPT of Proceedings as to Richard Mullen, Joseph Hargrave, Joseph Wilkie, Ameer McKnight, Ayanna Nolley, Ronnie Funderburk held on Ocotber 26, 2007 before Judge Richard J. Arcara. Pages 1-14. Court Reporter: Yvonne M. Garrison. (DLC) (Entered: 11/07/2007) |
| 12/14/2007 | | Minute Entry for proceedings held 12/14/2007 before Hon. Richard J. Arcara as to Defts, Richard Mullen, Joseph Hargrave and Joseph Wilkie. Status Conference is held. Plea dispositions as to Defts, Richard Mullen, Joseph Hargrave and Joseph Wilkie are being explored. Status Conference/Meeting to Set Trial Date set for 2/14/2008 at 09:00 AM. Time is excluded; Govt to submit Speedy Trial Order. Appearances: Govt - Mary Clare Kane; Defts - David Seeger (for Deft, R.Mullen), Martin Schmukler (for Deft, J. Hargrave), James Harrington appearing for Angelo Musitano (for Deft, J. Wilkie (Court Reporter Yvonne Garrison.) (DJD) (Entered: 01/23/2008) |
| 12/19/2007 | 717 | ORDER TO CONTINUE - Ends of Justice as to Richard Mullen, Joseph Hargrave, Joseph Wilkie Time excluded from 12/14/2007 until 2/14/2008.. Signed by Judge Richard J. Arcara on 12/19/2007.(JMB) (Entered: 12/19/2007) |
| 01/28/2008 | 736 | MOTION to Travel by Joseph Hargrave. (Attachments: # 1 Affirmation# 2 Certificate of Service)(Schmukler, Martin) (Entered: 01/28/2008) |
| 01/29/2008 | 739 | TEXT ORDER granting 736 Motion to Travel as to Joseph Hargrave (9). Signed by Judge Richard J. Arcara on 1/29/2008.(JMB) (Entered: 01/29/2008) |

| | | |
|---|---|---|
| 02/14/2008 | | Minute Entry for proceedings held 2/14/2008 before Hon. Richard J. Arcara as to Defts, Richard Mullen, Joseph Hargrave and Joseph Wilkie. Status Conference is held. Plea negotiations are ongoing. Deft Joseph Wilkie will take a plea; Deft Joseph Hargrave is engaged in plea negotiations. Any plea offer for Deft Mullen would be contingent upon Deft, Hargrave's plea. Further status conference is scheduled for 3/6/2008 at 09:00 AM. Time is excluded; Govt to submit Speedy Trial Order. Appearances: Govt - Mary Clare Kane; Defts - Leigh Anderson (for Deft Richard Mullen), No appearance (for Deft Joseph Hargrave), No appearance (for Deft Joseph Wilkie) (Court Reporter Yvonne Garrison.)(DJD) (Entered: 03/12/2008) |
| 02/19/2008 | 763 | ORDER TO CONTINUE - Ends of Justice as to Richard Mullen, Joseph Hargrave, Joseph Wilkie Time excluded from 2/14/2008 until 3/6/2008.. Signed by Judge Richard J. Arcara on 2/15/2008.(JMB) (Entered: 02/19/2008) |
| 03/06/2008 | | Minute Entry for proceedings held 3/6/2008 before Hon. Richard J. Arcara as to Defts, Richard Mullen, Joseph Hargrave and Joseph Wilkie. Status Conference is held. Deft, Joseph Wilkie will enter a change of plea; plea agreement for Deft, Wilkie in process of approval; plea proceeding for Deft, Wilkie scheduled for 4/30/2008 at 09:00 AM; time excluded through 4/30/2008 as to Deft, Wilkie; Govt to submit Speedy Trial Order. Deft, Joseph Hargrave will enter a change of plea; Deft, Hargrave exploring a Rule 20 plea; status conference as to Deft, Hargrave scheduled for 5/6/2008 at 09:00 AM; time excluded through 5/6/2008 as to Deft, Hargrave; Govt to submit Speedy Trial Order. Deft, Richard Mullen engaged in plea negotiations; status conference as to Deft, Mullen scheduled for 4/7/2008 at 09:00 AM; time excluded through 4/7/2008 as to Deft, Mullen; Govt to submit Speedy Trial Order. Appearances: Govt - Mary Clare Kane; Defts - David Seeger and Leigh Anderson (for Deft, Richard Mullen), Martin Schmukler via telephone conference call (for Deft, Joseph Hargrave), Angelo Musitano (for Deft, Joseph Wilkie) (Court Reporter Yvonne Garrison.)(DJD) (Entered: 03/12/2008) |
| 03/17/2008 | 783 | ORDER TO CONTINUE - Ends of Justice as to Joseph Hargrave Time excluded from 3/6/2008 until 5/6/2008.. Signed by Hon. Richard J. Arcara on 3/17/2008.(JMB) (Entered: 03/17/2008) |
| 03/26/2008 | 790 | MOTION to Travel by Joseph Hargrave. (Attachments: # 1 Affidavit Affirmation in support of travel, # 2 Certificate of Service Certificate of service)(Schmukler, Martin) (Entered: 03/26/2008) |
| 03/27/2008 | 791 | TEXT ORDER granting 790 Motion to Travel as to Joseph Hargrave (9). Signed by Hon. Richard J. Arcara on 3/27/2008.(JMB) (Entered: 03/27/2008) |
| 05/07/2008 | 800 | ORDER TO CONTINUE - Ends of Justice as to Joseph Hargrave Time excluded from 5/6/2008 until 5/30/2008. Signed by Hon. Richard J. Arcara on 5/6/2008.(JMB) (Entered: 05/07/2008) |

https://ecf.nywd.circ2.dcn/cgi-bin/DktRpt.pl?772645352312316-L_5...

| | | |
|---|---|---|
| 05/15/2008 | 801 | TRANSCRIPT of Proceedings as to Richard Mullen, Joseph Hargrave, Joseph Wilkie held on March 6, 2008 before Judge Richard J. Arcara. Court Reporter/Transcriber Yvonne M. Garrison, RPR, Telephone number 716-847-2477. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/5/2008. Redacted Transcript Deadline set for 6/16/2008. Release of Transcript Restriction set for 8/13/2008. (DLC) (Entered: 05/15/2008) |
| 05/28/2008 | 804 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Joseph Hargrave (9) Count 2,2s,2ss. Certified copy forward to USPO, Southern District of New York, AUSA Mary Kane, Martin L. Schmukler. (DLC) (Entered: 05/28/2008) |