UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

UNITED STATES OF AMERICA                    Docket No.   08 CR 501

    -against-

                                                       NOTICE OF APPEARANCE

JOSEPH HARGRAVE

----------------------------------------------------------

TO:    CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE
       DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

      I AM APPEARING IN THIS ACTION AS  (Please check one)

      1. [ ] CJA    2. [X]  RETAINED   3. [ ]  PUBLIC DEFENDER (Legal Aid)

      ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [ X] YES -IFYES
           GIVE YOUR DATE OF ADMISSION:  MO July__   YR 1971__

      I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A
      CERTIFICATE OF GOOD STANDING  FROM THE  NEW YORK   STATE
      COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES
      FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED:  NEW YORK, NEW YORK
          June 5, 2008

                                      SIGNATURE_____(MLS2464)

                                      Martin L. Schmukler_____
                                      Attorney for Defendant

                                      Martin L. Schmukler, P.C._____
                                      Firm name if any

                                      41 Madison Ave., Suite 5B_____
                                      Street address

                                      __New York_____New York_____10010__
                                      City                    State                    Zip

                                      (212) 213-9400_____
                                      Telephone No.