LAW OFFICES OF
**MARTIN L. SCHMUKLER, P.C.**
FORTY-ONE MADISON AVENUE
SUITE 5B
NEW YORK, NEW YORK 10010-2202

(212) 213-9400
FAX: (212) 684-0620
E-MAIL: martins@mlspclaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 21, 2008

July 16, 2008
By Hand

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007

    Re: <u>United States v. Joseph Hargrave</u>
           08 - 501

Dear Judge Griesa:

    With the consent of Assistant U.S. Attorney Nichole Friedlander, Pre Trial Services Officer Erika DePalma, and U.S. Probation Officer Diana Mercado, it is respectfully requested that Joseph Hargrave be permitted to travel to attend his 21th annual family reunion held on July 25 and 26, 2008 in Buffalo, New York. Mr. Hargrave would stay at the Seneca Niagara Casino Hotel, 310 Fourth Street, Niagara Falls, New York 14303, telephone 877-873-6322. He would drive to Buffalo on Thursday morning, July 24th, and return to New Jersey Sunday evening on the 27th.

                          Respectfully yours,

                          Martin L. Schmukler

MLS/dt

cc:  Nicole Friedlander, AUSA (by fax)
     Diana Mercado, U.S. Probation Officer, DNJ (by fax)
     Erika DePalma, Pre-Trial Services Officer, DNJ (by fax)